UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK MICHAEL RUEGSEGGER,

    Plaintiff,

v.

Case No. 1:19-cv-338

HON. JANET T. NEFF

SOCIAL SECURITY ADMINISTRATION,

    Defendant.
_____/

## OPINION AND ORDER

Plaintiff filed this action against the Social Security Administration, requesting that the Court direct the Commissioner of the Social Security Administration to modify Plaintiff's Social Security records, essentially to reflect that Plaintiff is a citizen of the State of Michigan rather than a citizen of the United States and, therefore, not subject to the laws or jurisdiction of the United States. Defendant filed a motion to dismiss. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (R & R), recommending that Defendant's motion be granted and this matter terminated (R & R, ECF No. 8). The matter is presently before the Court on Plaintiff's Objection to the Report and Recommendation (ECF No. 9). Defendant filed a Response to the objection (ECF No. 10). In accordance with 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(3), the Court has performed de novo consideration of those portions of the R & R to which objections have been made. The Court denies the objections and issues this Opinion and Order.

Plaintiff's Objection essentially reiterates his position concerning the purported wrongful assignment of citizenship status, previously raised before the Magistrate Judge. Plaintiff presents no comprehensible basis for relief from this Court. The Magistrate Judge properly recommended

that Defendant's Motion to Dismiss be granted because Plaintiff's arguments were "frivolous and a waste of this Court's very limited resources" (R&R, ECF No. 8 at PageID.82).

Therefore, the Court denies the objections and adopts the Magistrate Judge's Report and Recommendation as the Opinion of this Court. A Judgment will be entered consistent with this Opinion and Order. *See* FED. R. CIV. P. 58.

Accordingly:

**IT IS HEREBY ORDERED** that the Objection (ECF No. 9) is DENIED, and the Report and Recommendation of the Magistrate Judge (ECF No. 8) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (ECF No. 5) is GRANTED.


Dated: December 3, 2019            /s/ Janet T. Neff
                                             JANET T. NEFF
                                             United States District Judge